

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00109-CV

**CHIMAX AUTO SALES INCORPORATED**,
Appellant

v.

Robert **GONZALEZ** and Marisol Rodriguez,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV01659
Honorable John Longoria, Judge Presiding

**ORDER**

This appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on June 2, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

_____
Michael A. Cruz, Clerk of Court